**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number 2023-CA-1305

Charlotte McDaniel

- - Versus - -

Artro Olmos and Yvette McGehee Olmos

19th Judicial District Court
Case #: 695183
East Baton Rouge Parish

On Application for Rehearing filed on 09/20/2024 by Artro Olmos & Yvette McGehee Olmos

Rehearing _____ *Denied* _____

_____
John Michael Guidry

_____
Elizabeth Wolfe

_____
Katherine Tess Stromberg

Date _____ OCT 3 0 2024 _____

_____
Rodd Naquin, Clerk